AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-cr-00019 |
| | ) | |
| ADRIAN LOPEZ | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-12-2022

*Defendant's signature*

*Signature of defendant's attorney*

Jeffrey T. Hammerschmidt
*Printed name of defendant's attorney*

*Judge's signature*

Ana de Alba

*Judge's printed name and title*