Jeffrey T. Hammerschmidt, #131113
Kevin P. Rooney, #107554
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, ADRIAN LOPEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ADRIAN LOPEZ,<br><br>　　　　　　Defendant. | Case No.: 1:20-CR-00019-ADA-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE** |

　　　The parties to this matter, by and through their undersigned counsel, hereby stipulate that the Sentencing date be continued from June 12, 2023, until July 24, 2023. Defense counsel consulted with Justin Gilio, Assistant United States Attorney, who had no objection to the proposed continuance.

　　　The reason for the request is that the recent decision of the Ninth Circuit in United States v. Roberto Castillo may affect sentencing, and the defense needs additional time to analyze the case and incorporate it into revised Formal Objections to the PSR.

**SO STIPULATED.**

Dated: June 7, 2023　　　　　　　　　　　　　　　　/s/ Jeff Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY T. HAMMERSCHMIDT
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　ADRIAN LOPEZ

1

Dated: June 7, 2023          /s/ Justin Gilio
JUSTIN GILIO
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Sentencing date in this matter is continued to July 24, 2023.

IT IS SO ORDERED.

Dated:    June 7, 2023                                     
UNITED STATES DISTRICT JUDGE