PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00019-ADA-BAM |
| Plaintiff, | STIPULATION TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| v. | |
| ADRIAN LOPEZ, | |
| Defendant. | |

The parties stipulate that the Preliminary Order of Forfeiture entered December 20, 2022, is hereby deemed to be made final in the sentence of the defendant Adrian Lopez and shall be incorporated into the Judgment in a Criminal Case filed in this action.

Dated:  August 4, 2023.                                PHILLIP A. TALBERT
                                                       United States Attorney


                                                        /s/ Alyson A. Berg
                                                       JUSTIN J. GILIO
                                                       ALYSON A. BERG
                                                       Assistant United States Attorneys


Dated:  August 4, 2023                                 /s/ Jeffrey T. Hammerschmidt
                                                       JEFFREY T. HAMMERSCHMIDT
                                                       Attorney for Defendant Adrian Lopez
                                                       (Signature approved by email on 8/4/2023)

STIPULATION TO INCORPORATE PRELIMINARY ORDER OF
FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE                   1

Dated:  August 4, 2023

/s/ Adrian Lopez
ADRIAN LOPEZ
Defendant
(Signature approved by email on 8/4/2023)

IT IS SO ORDERED.

Dated:   August 8, 2023

_____
UNITED STATES DISTRICT JUDGE