PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ALYSON A. BERG
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00019-ADA-BAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ADRIAN LOPEZ, | |
| Defendant. | |

On or about December 20, 2022, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Adrian Lopez, forfeiting to the United States the following property:

    a. A sub res in the amount of $250,000.00 in lieu of the real property located at 8174 Porter Avenue, Reedley, California, APN: 373-100-12.

Beginning on January 5, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1   The Court has been advised that no third party has filed a claim to the subject property,
2   and the time for any person or entity to file a claim has expired.
3   The Court has been advised that the United States recorded its withdrawal of the lis
4   pendens against the real property located at 25142 E. Lincoln Avenue, Orange Cove,
5   California, Fresno County, APN: 373-040-59.
6   Accordingly, it is hereby ORDERED and ADJUDGED:
7   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States all
8   right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including
9   all right, title, and interest of Adrian Lopez.
10   2.   All right, title, and interest in the above-listed property shall vest solely in the
11   name of the United States of America.
12   3.   The U.S. Marshals Service shall maintain custody of and control over the
13   subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   August 18, 2023

UNITED STATES DISTRICT JUDGE